# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 14-3593-VBF (PLA)                                                       Date  July 2, 2014

Title:   Jennifer Nicole Hernandez v. Carolyn W. Colvin

---

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                                  NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's Order of May 28, 2014, plaintiff was ordered to file two copies of the Proof of Service showing compliance with the Court's Order within thirty days of the filing on the complaint, i.e., by June 27, 2014. To date, the copies of the Proof of Service have not been filed with the Court. Accordingly, **no later than July 10, 2014, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the two copies of the Proof of Service on or before July 10, 2014, shall be deemed compliance with this Order to Show Cause.

cc:     Jennifer Nicole Hernandez, Pro se
         Office of the U.S. Attorney

Initials of Deputy Clerk____ch____