UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-3593-VBF (PLA)                                                  Date **February 9, 2015**

Title:   Jennifer Nicole Hernandez v. Carolyn W. Colvin

---

PRESENT:  THE HONORABLE     **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                                                    NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's Order of May 28, 2014, the parties were to notify the Court by January 30, 2015, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case. In the event that there was no agreement as to a voluntary remand, **plaintiff** was to inform the Court of this fact no later than January 28, 2015, through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order." To date, neither of these documents has been received by the Court. Accordingly, **no later than February 17, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of one of the two required documents, and compliance with the additional requirements set forth in the May 28, 2014, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:     Jennifer Nicole Hernandez, Pro se
         Jeffrey T. Chen, SAUSA

Initials of Deputy Clerk      ch

CV-90 (10/98)                                           CIVIL  MINUTES  -  GENERAL