# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  CV 14-3593-VBF (PLA)                                    Date April 20, 2015

Title:   Jennifer Nicole Hernandez v. Carolyn W. Colvin

-------------------------------------------------------------------------------------------------------

☐ U.S. DISTRICT JUDGE

PRESENT:  THE HONORABLE   PAUL L. ABRAMS

☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                    ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                            NONE


PROCEEDINGS:          (IN CHAMBERS)

Pursuant to this Court's Order of May 28, 2014, plaintiff was ordered to file a Motion for Summary Judgment forty-five days from the filing of plaintiff's Notice of Compliance, i.e., by April 13, 2015.  To date, the Motion for Summary Judgment has not been filed with the Court.  Accordingly, **no later than May 11, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the Motion for Summary Judgment on or before May 11, 2015, shall be deemed compliance with this Order to Show Cause.


cc:    Jennifer Nicole Hernandez, Pro se
        Jeffrey T. Chen, SAUSA


Initials of Deputy Clerk____ch____