UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNIFER NICOLE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | No. CV 14-3593-VBF (PLA)<br><br>**ORDER** Adopting the Magistrate Judge's Report and Recommendation, Granting Summary Judgment to the Acting Commissioner, Dismissing the Complaint, and Affirming the Decision of the ALJ |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the summary-judgment motion briefs, all the medical records and other files herein, the Magistrate Judge's Report and Recommendation ("R&R"), and the applicable law.  The deadline for plaintiff to file objections to the R&R was last Monday, August 31, 2015, and she has neither filed objections nor moved for an extension of time in which to do so.

　　　IT IS ORDERED:

　　　1.　The Report and Recommendation **[Doc #32] is ADOPTED.**

　　　2.　Plaintiff's Motion for Summary Judgment **[Doc # 21] is DENIED.**

　　　3.　Defendant's Cross-Motion for Summary Judgment **[Doc # 31] is GRANTED.**

　　　4.　**The decision of the ALJ is AFFIRMED.**

5. Plaintiff's Complaint is DISMISSED, and this action is TERMINATED.

6. Judgment consistent with this order will be entered by separate document. *See* Fed. R. Civ. P. 58(a).

7. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 16, 2015

*Valerie Baker Fairbank*

_____
HONORABLE VALERIE BAKER FAIRBANK
Senior United States District Judge

2