UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER NICOLE HERNANDEZ, | ) | No. LA CV 14-03593-VBF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the contemporaneously issued Order Adopting the Magistrate Judge's Report and Recommendation, Granting Summary Judgment to the Defendant, and Affirming the Decision of the ALJ**, final judgment is hereby entered in favor of the defendant Carolyn W. Colvin and against the plaintiff.**

DATED:  September 16, 2015

*Valerie Baker Fairbank*

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE